# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA BURGA, an individual,<br><br>             Plaintiff,<br><br>     v.<br><br>CITIGROUP, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. 8:24-cv-01085-DOC (DFMx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE   [18]**<br><br><br><br>Complaint Filed:  April 16, 2024<br>Trial Date:          None<br>District Judge:    Hon. David O. Carter<br>Magistrate Judge: Hon. Douglas F. McCormick |

On January 30, 2025, the Parties filed a Joint Stipulation Granting Dismissal with Prejudice.

The Parties have agreed to resolve this matter in its entirety as to all Parties and therefore now request the matter be dismissed with prejudice.

The Court, having considered the Parties' Joint Stipulation Granting Dismissal with Prejudice and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

This action shall be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41, with the Parties to bear their own

1   attorneys' fees and costs associated with the prosecution and defense of this action.

2

3   **IT IS SO ORDERED.**

4

5   Dated:   January 31, 2025_____   By: _____

6                                         HONORABLE DAVID O. CARTER
                                          UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

87236484.v1-OGLETREE